AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Michele Guerra, on behalf of herself and all others similarly situated, | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) |
| Citizens Financial Group, Inc. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 1:26-cv-00241

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Citizens Financial Group, Inc.
One Citizens Plaza Providence, RI 02903

Registered Agent: 222 Jefferson Boulevard, Suite 200, Warwick, RI 02888

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anthony R. Leone, II, Esq. Leone Law, LLC, 1345 Jefferson Blvd. Warwick, RI 02886

Tyler Bean, Tanner Hilton 745 Fifth Ave Suite 500, New York, New York 10151

Philip J Krzeski, 100 Washington Ave S Unit 1700 Minneapolis, Minnesota 55401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*